IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Upshaw, Michael | Case Number: 05 B 17041 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 4/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 23, 2008
Confirmed: July 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,496.00 | |
| Secured: | | 2,881.96 |
| Unsecured: | | 3,169.21 |
| Priority: | | 0.00 |
| Administrative: | | 1,994.00 |
| Trustee Fee: | | 450.83 |
| Other Funds: | | 0.00 |
| Totals: | 8,496.00 | 8,496.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,994.00 | 1,994.00 |
| 2. | Niko | Secured | 2,881.96 | 2,881.96 |
| 3. | Asset Acceptance | Unsecured | 69.89 | 111.71 |
| 4. | Sallie Mae | Unsecured | 243.24 | 388.83 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,367.50 | 2,185.63 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,370.72 | 0.00 |
| 7. | Niko | Unsecured | 302.17 | 483.04 |
| 8. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 9. | First National Bank | Unsecured | | No Claim Filed |
| 10. | I C Systems Inc | Unsecured | | No Claim Filed |
| 11. | Prime Co | Unsecured | | No Claim Filed |
| 12. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | | $ 8,229.48 | $ 8,045.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 18.04 |
| 5.5% | 114.27 |
| 5% | 28.93 |
| 4.8% | 62.79 |
| 5.4% | 140.51 |
| 6.5% | 86.29 |
| | $ 450.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Upshaw, Michael | Case Number: 05 B 17041 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 4/29/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

